**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1023**

TAWANDA BLAIR, on behalf of LJB,

   Plaintiff – Appellant,

  v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

   Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.   Richard Mark Gergel, District Judge.  (8:11-cv-01416-RMG)

Submitted: April 23, 2012   Decided:  April 26, 2012

Before WILKINSON, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tawanda Blair, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina; Alexess D. Rea, SOCIAL SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tawanda Blair appeals the district court's order dismissing this action for want of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Blair v. Commissioner, No. 8:11-cv-01416-RMG (D.S.C. Dec. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED